UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

JERRY VAN CANNON,

        Petitioner-Appellant,

vs.                                                                             Case No. 16-cv-433

UNITED STATES OF AMERICA,

        Respondent-Appellee.
_____

## NOTICE OF APPEAL

Jerry Van Cannon, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) & 4(a)(1)(B) that he appeals the order and judgment denying his petition for relief under 28 U.S.C. § 2255, which was imposed on July 10, 2017, in the United States District Court for the Eastern District of Wisconsin, the Honorable Barbara B. Crabb presiding. Mr. Van Cannon takes this appeal to the United States Court of Appeals for the Seventh Circuit.

The district court issued a certificate of appealability pursuant to 28 U.S.C. § 2253 & Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2255 petition.

With this notice of appeal, Mr. Van Cannon also files the docketing statement required by Circ. Rule 3 (7th Cir.), combined with a Cir. Rule 26.1 disclosure statement. Mr. Van Cannon also files a motion to proceed *in forma pauperis* on appeal.

Dated at Madison, Wisconsin this 11th day of August, 2017.

                                          Respectfully submitted,
                                          Jerry Van Cannon, Petitioner

                                          */s/ Shelley M. Fite*
                                          Shelley M. Fite

                                          FEDERAL DEFENDER SERVICES
                                            OF WISCONSIN, INC.
                                          22 East Mifflin Street, Suite 1000
                                          Madison, WI 53703
                                          Tel: 608-260-9900
                                          Fax: 608-260-9901
                                          shelley_fite@fd.org

2

                                                FEDERAL DEFENDER SERVICES
                                                   OF WISCONSIN, INC.